IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUCHOSSOIS INDUSTRIES, INC. and CHAMBERLAIN MANUFACTURING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>URS CORPORATION,<br><br>Defendant. | No. 06 C 0400 |

## JOINT MOTION TO DISMISS

Plaintiffs, Duchossois Industries Inc. and Chamberlain Manufacturing Corporation and Defendant, URS Corporation ("URS"), by their respective attorneys, hereby move to voluntarily dismiss this case, with prejudice and without costs pursuant to the Stipulation of Dismissal concurrently submitted herewith.

| Attorneys for Duchossois Industries Inc. and Chamberlain Manufacturing Corporation | Attorneys for URS Corporation |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Michael F. Dolan (ARDC No. 6181993)<br>E-mail: mfdolan@jonesday.com<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois 60601<br>Telephone: 312-782-3939<br>Facsimile: 312-782-8585 | John A. Heller (ARDC No. 6183833)<br>E-mail: jheller@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036 |

CHI-1560513v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUCHOSSOIS INDUSTRIES, INC. and CHAMBERLAIN MANUFACTURING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>URS CORPORATION,<br><br>Defendant. | No. 06 C 0400 |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY AGREED AND STIPULATED by and between the Plaintiffs, Duchossois Industries Inc. and Chamberlain Manufacturing Corporation (together, "Plaintiffs"), and Defendant, URS Corporation, by their respective attorneys and pursuant to a settlement agreement between Plaintiffs and URS Corporation that this action should be dismissed as follows:

A. All claims in Plaintiffs' Complaint against URS Corporation dismissed, with prejudice.

B. All claims in URS Corporation's Counterclaim against Duchossois Industries, Inc. dismissed, with prejudice.

This Stipulation disposes of this case in its entirety. It is further agreed that the Court shall retain jurisdiction to enforce the provisions of the settlement between the parties and that each party shall bear its own costs.

CHI-1560504v1

- 2 -

SO STIPULATED:

Attorneys for Duchossois Industries Inc. and
Chamberlain Manufacturing Corporation

By: *[signature]*

Michael F. Dolan (ARDC No. 6181993)
E-mail: mfdolan@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601|
Telephone: 312-782-3939
Facsimile: 312-782-8585

Attorneys for URS Corporation

By: *[signature]*

John A. Heller (ARDC No. 6183833)
E-mail: jheller@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

- 2 -

CHI-1560504v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing Joint Motion to Dismiss and Agreed Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties on the following Service List at their e-mail address on file with the Court, and provided a paper copy to the Judge pursuant to Local Rule 5.2.

*/s/ Albert D. Sturtevant*
One of the Attorneys for Plaintiffs

## SERVICE LIST

John A. Heller
John M. Rushing
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60601
**URS Corporation**

CHI-1569236v1